DIEGO DE LA ROSA et al., Appellants, v ALL TAXI MANAGEMENT, INC., Respondent.

Submitted December 2, 2013; decided January 16, 2014

Motion for leave to appeal denied. Cross motion to strike affirmation from appellants' motion papers granted and said material deemed stricken.

NELLA MANKO, Appellant, v AETNA HEALTH, INC., et al., Respondents.

Submitted December 2, 2013; decided January 16, 2014

Motion, insofar as it seeks leave to appeal from the September 2013 Appellate Division order denying leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.

Judge ABDUS-SALAAM taking no part.

EUGENE PALLADINO, Appellant, v CNY CENTRO, INC., et al., Respondents.

Submitted January 13, 2014; decided January 16, 2014

Motion by New York State United Teachers for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.